SUBT
MACE J. YAMPOLSKY, ESQ.
Nevada Bar No.: 001945
MACE J. YAMPOLSKY, LTD.
625 South Sixth Street
Las Vegas, Nevada 89101
Phone: (702) 385-9777
Facsimile: (702) 385-3001

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CASE NO.: 2:11-cr-310 |
| vs. ) | |
| CHRISTOPHER GREEN, ) | |
| Defendant. ) | |

### SUBSTITUTION OF ATTORNEYS

The undersigned, CHRISTOPHER GREEN, Defendant in the above-entitled action, hereby substitutes MACE J. YAMPOLSKY, ESQ., as attorneys of record, in place and stead of JAMES HARTSEL, ESQ.,.

DATED this 16 day of NOVEMBER, 2011.

_____
CHRISTOPHER GREEN

### CONSENT TO SUBSTITUTION OF ATTORNEYS

The undersigned, JAMES HARTSEL, ESQ., hereby consents to the above-entitled Substitution.

DATED this 21 day of November, 2011.

_____
JAMES HARTSEL, ESQ.

### ACCEPTANCE OF SUBSTITUTION OF ATTORNEYS

The undersigned, MACE J. YAMPOLSKY, ESQ., hereby accepts the above Substitution of Attorney in place and stead of JAMES HARTSEL, ESQ.

DATED this 15 day of November, 2011.

_____
MACE J. YAMPOLSKY, ESQ.

IT IS SO ORDERED.

_____
United States Magistrate Judge
Date: Nov. 29, 2011