FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN - 1 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) 2:11-CR-310-JCM (RJJ) |
| CHRISTOPHER GREEN, | ) ) |
| Defendant. | ) ) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on May 30, 2012, defendant CHRISTOPHER GREEN pled guilty to Counts One, Six and Seven of a Nine-Count Criminal Indictment charging him in Count One with Conspiracy to Distribute Marijuana in violation of Title 21, United States Code, Sections 841(a)(1) and 846; and in Counts Six and Seven with Distribution of a Controlled Substance Within 100 Feet of a Playground in violation of Title 21, United States Code, Section 841(a)(1). Indictment, ECF No. 46.

This Court finds defendant CHRISTOPHER GREEN agreed to the forfeiture of the property set forth in Forfeiture Allegations of the Criminal Indictment and agreed to in the Plea Memorandum. Indictment, ECF No. 46.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and the Plea Memorandum and the offenses to which defendant CHRISTOPHER GREEN pled guilty.

1   The following assets are subject to forfeiture pursuant to Title 21, United States Code, Section
2   853(a)(1) and (a)(2):

3       a.    $81,475.00 in United States Currency (seized from 24/7 Private Vaults, based
4   on keys recovered from Jacob Lill on or about 4/13/11);

5       b.    $4,105.00 in United States Currency (seized from Edmund J. Schroback
6   representing the day's drug sales of marijuana by Completely Legal 1.0 on or
7   about 4/13/2011);

8       c.    $2,962.00 in United States Currency (seized from the cash register at
9   Completely Legal 2.0 on or about 4/13/2011);

10      d.    $2,585.00,in United States Currency (seized from the cash drawer at
11  Completely Legal 2.0 on or about 8/3/2011);

12      e.    $1,314.00 in United States Currency (seized from master bedroom of Jacob
13  Lill's home on or about 8/3/2011);

14      f.    $12,056.00 in United States Currency (seized from bag in Jacob Lill's vehicle
15  at his home on or about 8/3/2011);

16      g.    $2,567.00 in United States Currency (seized from cash drawer at Completely
17  Legal 3.0 on or about 8/3/2011);

18      h.    $7,432.00 in United States Currency (seized from Jacob Lill's residence on or
19  about 4/13/2011);

20      i.    $2,150.00 in United States Currency (seized from Bank of America Account
21  No, 501012187203 in the name of PMW, Inc., seized on or about 8/5/2011);

22      j.    $2,665.00 in United States Currency (seized from Bank of America Account
23  No. 501012645570 in the name of EOS Ventures, LLC seized on or about
24  8/5/2011); and

25  . . .
26  . . .

1         k.     2007 Mercedes CLK350, VIN : WDBTJ56H57F215349, including

2             approximately $18,000 in upgrades, including a custom audio system (seized

3             on or about 4/13/11) ("property").

4     This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

6     NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

8     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of CHRISTOPHER GREEN in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

12     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

18     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

20     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

MICHAEL A. HUMPHREYS  
Assistant United States Attorney  
Daniel D. HOLLINGSWORTH  
Assistant United States Attorney  
Lloyd D. George United States Courthouse  
333 Las Vegas Boulevard South, Suite 5000  
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 30th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE