FILED ✓  ___ RECEIVED
ENTERED     ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

NOV 19 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER GREEN,<br><br>    Defendant. | 2:11-CR-310-JCM-(CWH) |

## FINAL ORDER OF FORFEITURE

On June 4, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 21, United States Code, Section 853(a)(1) and (a)(2), based upon the plea of guilty by defendant CHRISTOPHER GREEN to the criminal offenses, forfeiting specific property agreed to in the Plea Memorandum and alleged in the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant CHRISTOPHER GREEN pled guilty. Criminal Indictment, ECF No. 46; Change of Plea Minutes, ECF No. 141; Preliminary Order of Forfeiture, ECF No.143.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 7, 2012, through July 6, 2012, and notified all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 151.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

1  This Court finds no petitions are pending with regard to the assets named herein and the time
2  for presenting such petitions has expired.
3  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6  32.2(c)(2); and Title 21, United States Code, Section 853(a)(1), (a)(2) and (n)(7) and shall be disposed
7  of according to law:

   a.  $81,475.00 in United States Currency (seized from 24/7 Private Vaults, based on keys recovered from Jacob Lill on or about 4/13/11);

   b.  $4,105.00 in United States Currency (seized from Edmund J. Schroback representing the day's drug sales of marijuana by Completely Legal 1.0 on or about 4/13/2011);

   c.  $2,962.00 in United States Currency (seized from the cash register at Completely Legal 2.0 on or about 4/13/2011);

   d.  $2,585.00 in United States Currency (seized from the cash drawer at Completely Legal 2.0 on or about 8/3/2011);

   e.  $1,314.00 in United States Currency (seized from master bedroom of Jacob Lill's home on or about 8/3/2011);

   f.  $12,056.00 in United States Currency (seized from bag in Jacob Lill's vehicle at his home on or about 8/3/2011);

   g.  $2,567.00 in United States Currency (seized from cash drawer at Completely Legal 3.0 on or about 8/3/2011);

   h.  $7,432.00 in United States Currency (seized from Jacob Lill's residence on or about 4/13/2011);

25  . . .
26  . . .

  i.   $2,150.00 in United States Currency (seized from Bank of America Account No, 501012187203 in the name of PMW, Inc., seized on or about 8/5/2011);

  j.   $2,665.00 in United States Currency (seized from Bank of America Account No. 501012645570 in the name of EOS Ventures, LLC, seized on or about 8/5/2011); and

  k.   2007 Mercedes CLK350, VIN: WDBTJ56H57F215349, including approximately $18,000 in upgrades, including a custom audio system (seized on or about 4/13/11).

  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

  The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

  DATED this ___ day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE